1  Justin Fok, Esq., CSBN: 242272
2  Law Offices of Jean D. Chen
   2107 N. First Street, Suite 300
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
5  Email: jfok@jclawoffice.com

6  Attorney for Plaintiff
   Sheng Liu

7

FILED    ORIGINAL

2007 AUG -7 P 3:17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | **Sheng Liu**                                          ) Case No.
12 |                                                        )
13 |        Plaintiff,                                      ) C07 04053 CW
14 |   v.                                                   )
                                                            )
15 | **Alberto Gonzales**, United States Attorney           )
    | General, U.S. Department of Justice;                  )
16 | **Michael Chertoff**, Secretary of the                 ) **CERTIFICATION OF INTERESTED**
    | Department of Homeland Security;                      ) **ENTITIES OR PERSONS**
17 | **Emilio T. Gonzalez**, Director of United States      )
18 | Citizenship and Immigration Services;                  )
    | **Robert S. Mueller III**, Director of the Federal    ) **Immigration Case**
19 | Bureau of Investigation,                               )
20 |                                                        )
    |        Defendants.                                    )
21 |                                                        )
22 |                                                        )
23                                                          )

24        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

25 named parties, there is no such interest to report.

26 ///

27 ///

28 ///

Case No.                                    1
Certification of Interested Entities or Persons

1
2 Dated: 8/17/07                                    Respectfully Submitted,
3
4                                                   _____
5                                                   Justin Fok, CSBN: 242272
                                                    Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                                    2
Certification of Interested Entities or Persons