IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHENG LIU,

    Plaintiff,

  v.

PETER D. KEISLER, et al.,

    Defendants.
                                  /

No. 07-04053 CW

ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT

On August 7, 2007, Plaintiff filed a Complaint for Writ in the Nature of Mandamus and Declaratory Judgment Under 28 U.S.C. § 1361. On October 9, 2007, the Defendants filed an Answer to Complaint. Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for summary judgment on or before November 1, 2007, and notice it for hearing on December 20, 2007, at 2:00 p.m. Defendants' opposition and any cross-motion (contained within a single brief) will be due November 15, 2007. Plaintiff's reply and opposition to any cross-motion (contained within a single brief) will be due November 29, 2007, and any surreply by Defendants will be due December 6, 2007. The Case Management Conference, previously set for November 13, 2007, is vacated.

Dated   10/11/07

                                                  CLAUDIA WILKEN
                                                United States District Judge