Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Sheng Liu

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sheng Liu,** | Case No.  07-04053 CW |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **Robert S. Mueller III**, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

### NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Justin G. Fok has changed addresses.

Current Contact Information:

Case No. 07-04053 CW                               1
Notice of Change of Address

1  Justin G. Fok
2  Law Offices of Jean D. Chen
3  2107 N. First Street, Suite 400
   San Jose, CA 95131

4
5  Dated: October 17, 2007                                    Respectfully Submitted,
6
7                                                             _____/s/_____
                                                              Justin Fok, CA Bar: 242272
8                                                             Attorney for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 07-04053 CW                      2
Notice of Change of Address