SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

　450 Golden Gate Avenue, Box 36055
　San Francisco, California 94102-3495
　Telephone: (415) 436-6730
　FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| SHENG LIU, | ) | No. C 07-04053 CW |
| Plaintiff, | ) | |
| v. | ) | |
| PETER D. KEISLER, United States Attorney General, U.S. Department of Justice; et al., | ) | STIPULATION TO EXTEND DATES |
| Defendants. | ) | |

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
C 07-04053 CW

1    On October 11, 2007, the Court issued an order vacating the Case Management Conference

2  and setting a briefing schedule for summary judgment.  It now appears that this case may be resolved

3  prior to the hearing date set by the Court.  Accordingly, Plaintiff, by and through his attorney of

4  record, and Defendants by and through their attorneys of record, hereby respectfully ask this Court

5  to extend the dates in the Court's scheduling order as follows:

6    Plaintiff's Motion for Summary Judgment:          December 4, 2007

7    Defendants' Opposition and Cross Motion:          December 18, 2007

8    Plaintiff's Reply:                                January 2, 2007

9    Defendants' Surreply, if any:                     January 8, 2007

10    Hearing:                                         January 22, 2007, at 2:00 p.m.

11  Dated: October 18, 2007                    Respectfully submitted,

12                                             SCOTT N. SCHOOLS
                                               United States Attorney
13

14                                             _____
                                                    /s/
15                                             MELANIE L. PROCTOR[1]
                                               Assistant United States Attorney
16                                             Attorneys for Defendants

17
    Dated: October 17, 2007                         _____
18                                                       /s/
                                               JUSTIN FOK
19                                             Attorney for Plaintiff

20                                    **ORDER**

21    Pursuant to stipulation, IT IS SO ORDERED.

22

23

24  Date:                                      _____

25                                             CLAUDIA WILKEN
                                               United States District Judge
26

27    _____

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.