1  Justin Fok, Esq., CA State Bar #242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Sheng Liu
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Sheng Liu, | Case No. C 07-04053 CW |
| Plaintiff, | **PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| v. | |
| **Peter D. Keisler**, Acting United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **Robert S. Mueller III**, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process

Parties' Joint Request for Exemption          1
C 07-4053 CW

1  will not be beneficial because this mandamus action is limited to plaintiff's request that this
2  Court compel defendants to adjudicate the application for adjustment of status. Given the
3  substance of the action and the lack of any potential middle ground, ADR will only serve to
4  multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR
5  L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and
6  that they be excused from participating in the ADR phone conference and any further formal
7  ADR process.

                                                       Respectfully Submitted,

Dated: October 22, 2007                          _____/s/_____
                                                       Justin G. Fok
                                                       Attorney for Plaintiff

Dated: October 22, 2007                          _____/s/_____
                                                       Melanie L. Proctor
                                                       Assistant United States Attorney
                                                       Attorney for Defendants

## ORDER

     Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                    _____
                                                      Claudia Wilken
                                                      United States Magistrate Judge