1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11
   SHENG LIU,                    )        No. C 07-04053 CW
12                               )
                Plaintiff,       )
13                               )
        v.                       )
14                               )
   PETER D. KEISLER, United States Attorney)   STIPULATION TO EXTEND DATES
15 General, U.S. Department of Justice; et al., )
                                 )
16              Defendants.      )
                                 )
17 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾)

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

   STIPULATION
   C 07-04053 CW

On October 11, 2007, the Court issued an order vacating the Case Management Conference and setting a briefing schedule for summary judgment. It now appears that this case may be resolved prior to the hearing date set by the Court. Accordingly, Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | December 6, 2007 |
| Defendants' Opposition and Cross Motion: | December 20, 2007 |
| Plaintiff's Reply: | January 3, 2008 |
| Defendants' Surreply, if any: | January 10, 2008 |
| Hearing: | January 24, 2008, at 2:00 p.m. |

Dated: October 22, 2007                          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants


Dated: October 19, 2007                          _____/s/_____
JUSTIN FOK
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.



Date: _____                         _____
CLAUDIA WILKEN
United States District Judge

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-04053 CW                          2