Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Sheng Liu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Sheng Liu,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**Peter D. Keisler**, Acting United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation,<br><br>　　　　　　Defendants. | Case No.: **C07-4053 CW**<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

　　The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above entitled action in light of the fact that the United States Citizenship and Immigration Services has adjudicated the plaintiff's I-485 application.

///

Dated: November 2, 2007                    Respectfully Submitted,

                                                                                                                            /s/
                                                  Justin Fok, CSBN: 242272
                                                  Attorney for Plaintiff

Dated: November 2, 2007                    _____/s/_____
                                                  Melanie L. Proctor
                                                  Assistant United States Attorney
                                                  Attorney for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____                    _____
                                                  CLAUDIA WILKEN
                                                United States District Judge

STIPULATION TO DISMISS, C07-4053 CW
Liu v. Keisler, et al.