Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Sheng Liu

FILED

NOV 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| Sheng Liu, <br><br> Plaintiff, <br><br> v. <br><br> **Peter D. Keisler**, Acting United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **Robert S. Mueller III**, Director of the Federal Bureau of Investigation, <br><br> Defendants. | Case No.: **C07-4053 CW** <br><br> STIPULATION TO DISMISS AND [PROPOSED] ORDER |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above entitled action in light of the fact that the United States Citizenship and Immigration Services has adjudicated the plaintiff's I-485 application.

///

STIPULATION TO DISMISS, C07-4053 CW
Liu v. Keisler, et al.

1

| | | |
|---|---|---|
| 1 | Dated: November 2, 2007 | Respectfully Submitted, |
| 2 | | |
| 3 | | /s/ |
| | | Justin Fok, CSBN: 242272 |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: November 2, 2007 | /s/ |
| 7 | | Melanie L. Proctor |
| | | Assistant United States Attorney |
| 8 | | Attorney for Defendants |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: NOV 14 2007

CLAUDIA WILKEN
United States District Judge

STIPULATION TO DISMISS, C07-4053 CW
Liu v. Keisler, et al.

2